[Nos. 12887-0-II; 12926-4-II. Division Two. October 11, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE B. PARKER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY G. PARKER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 89-1-00264-9, E. Albert Morrison, J., entered May 16, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 12220-1-II. Division Two. October 11, 1990.]

NORMAN W. COHEN, *Appellant*, v. LOUIS H. STURMER, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-00532-1, Paula Casey, J., entered July 25, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 12795-4-II. Division Two. October 11, 1990.]

BRIGHTEN PALM SPRINGS CENTER, *Appellant*, v. TONY CAPORICCI, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 81-2-01583-6, James D. Ladley, J., entered April 14, 1989. *Affirmed* by unpublished per curiam opinion.